UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HASSAN OSMAN,<br><br>            Plaintiff,<br><br>   vs.<br><br>LOCAL ATU-587,<br><br>            Defendant. | NO. C20-683RSL<br><br>ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT |

This matter comes before the Court *sua sponte*. The complaint in this matter was filed on May 6, 2020. To date, plaintiff has failed to perfect service of the summons and complaint upon defendants or to make a timely request for extension of the service date, as required by Fed. R. Civ. P. 4(m). The Court having given Plaintiff notice of this deficiency, hereby DISMISSES the above-captioned complaint without prejudice.

IT IS NOW, THEREFORE, ORDERED that this matter be DISMISSED.

DATED this 11th day of January, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL FOR FAILURE TO PERFECT SERVICE OF SUMMONS AND COMPLAINT